## Drew's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

300

302

304

308

*Mortimer N. Eastburn*, for exceptant.
*Benjamin Fertik*, contra.

KLEIN, J., April 29, 1938.—Any doubt which may have existed with respect to the correctness of the learned hearing judge's conclusions has been dispelled by the opinion of the Supreme Court in James' Estate, 329 Pa. 273, affirming the action of this court.

The exceptions are therefore dismissed and the decree of the hearing judge confirmed absolutely.